## Hart *against* Storey.

Cock
v.
Fellows.

RIKER moved for judgment as in case of a nonsuit a-gainst the plaintiff, for not proceeding to trial at the last sittings in the city of *New-York*, pursuant to the notice given in this cause.

*Emott* contra, read an affidavit, stating the insolven-cy of the defendant, who had been discharged under the insolvent act.

*Per curiam.* The plaintiff may discontinue without costs.

Rule refused.

*The insolvency of the defendant is a sufficient excuse for not proceeding to trial pursuant to a notice, and the plaintiff may discontinue without costs.*

## Anonymous.

NOTICE of an intended motion had been given for a certain day in term, without saying, *or as soon thereafter as counsel can be heard.* The court said, the notice was suf-ficient, that those words were superfluous, and that the party might make his motion, on any other day in term.

*The words "or as soon there-after as coun-sel can be heard," usual-ly inserted in notices of ar-guments, are unnecessary.*

## Cock *against* Fellows.

FROM the return to the *certiorari* in this cause, it ap-peared that an action had been brought by the defendant in error, against the present plaintiff, before a justice of the peace, in which he declared on a writing or note, in the following words, " Due the bearer hereof £ 3, 18, 10, which I promise to pay to *Abraham Thompson*, or order, on demand, as witness my hand, this 22d 11th month, 1803 ;" signed, *Jordan Cock.* The note was not indors-ed by *Thompson*, and the declaration stated the note as made payable to bearer. The justice gave judgment for the plaintiff below, for the amount of the note.

*A promissory note in these words " due to the bearer hereof £3, 18, 10, which I promise to pay to A. or order, on demand," is not a note payable to bearer, but must be trans-ferred by in-dorsement.*